**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000352
31-OCT-2025
08:05 AM
Dkt. 40 OAWST**

NO. CAAP-25-0000352

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


ALFRED DEMELLO, JR.; CHERYL A. HALL; RANDE LYNN GRAMENZ;
KATHERINE A. PATTERSON; EDWARD REDER; NANCY LYNN SATZ;
STEVEN L. WILTZ; and LORI J. WILTZ, Plaintiffs-Appellants,
v.
BANK OF AMERICA, N.A.,
Defendant/Cross-Claim Defendant-Appellee,
and
JAMES THOMAS MCCLEERY; MARGARET ELLEN MCCLEERY,
Defendants/Cross-Claimants-Appellees,
and
COLIN P. THOMPSON; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,
Defendants-Appellees,
and
DOE DEFENDANTS 1-50, Defendants.


APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 3CC19100216K)


ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEAL
(By: Nakasone, Chief Judge, Wadsworth and McCullen, JJ.)

Upon consideration of the Stipulation for Dismissal with Prejudice of Appeal (Stipulation), filed October 14, 2025, by Defendant-Appellee Bank of America, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) under Hawaiʻi Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal with prejudice and bear

their own attorneys' fees and costs; and (3) the Stipulation is signed by counsel for all appearing parties.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs.

DATED:  Honolulu, Hawaiʻi, October 31, 2025.

/s/ Karen T. Nakasone
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge